UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL COLEMAN,<br><br>   Plaintiff,<br><br>   v.<br><br>GARCIA,<br><br>   Defendant. | Case No. 24-cv-00002-EKL<br><br>**ORDER GRANTING STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Re: ECF No. 25 |

Pursuant to the parties' stipulation, the Court **GRANTS** their joint request for dismissal of the entire action with prejudice. Fed. R. Civ. Pro. 41(a). Each party will bear its own costs and attorney's fees. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: April 21, 2025

Eumi K. Lee
United States District Judge